IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE ALBERT
WILLIAMS, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

v.           CASE NO. 1D15-3814

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed October 5, 2016.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger and Susan S. Lerner, Assistant Public Defenders, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese and Trisha Meggs Pate, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.